Frank C. Toombs, trading as Frank C. Toombs and Company, appellee, v. James Lewis, appellant.

Opinion filed May 8, 1936. Rehearing stricken June 29, 1936.

F. C. Meserve and Sumner & Lewis, for appellant. Fred W. Gee, for appellee; John Sebat, of counsel.

Mr. Justice Stone delivered the opinion of the court.